SCHEUER et al. v. SMITH et al. (Supreme Court, Appellate Division, First Department. October 17, 1902.) Action by Max Scheuer and another against Sarah Smith, impleaded. No opinion. Motion denied, upon

payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.